IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

UPSIDE FOODS, INC.,

    Plaintiff,

v.

WILTON SIMPSON, in his official capacity as Commissioner of the Florida Department of Agriculture and Consumers Services; ASHLEY MOODY, in her official capacity as Florida Attorney General; JACK CAMPBELL, in his official capacity as State Attorney for the Second Judicial Circuit; BRUCE L. BARTLETT, in his official capacity as State Attorney for the Sixth Judicial Circuit; ANDREW A. BAIN, in his official capacity as State Attorney for the Ninth Judicial Circuit; and KATHERINE FERNANDEZ RUNDLE, in her official capacity as State Attorney for the Eleventh Judicial Circuit,

    Defendants.

Civil Action No.
4:24-cv-316-MW-MAF

## NOTICE OF CONSTITUTIONAL QUESTION

Plaintiff UPSIDE Foods, Inc. brings a complaint before this court, questioning the constitutionality of Florida's recently enacted SB 1084, codified in relevant part at Florida Statute § 500.452. Plaintiff alleges that Florida's ban on the manufacture, distribution, or sale of cultivated meat violates both the Commerce and Supremacy Clauses of the U.S. Constitution. Specifically, Plaintiff's complaint alleges that Florida's law violates the dormant aspect of the Commerce Clause because it was enacted with the

discriminatory purpose, and has the discriminatory effect, of benefiting in-state agricultural interests at the expense of out-of-state competitors. Plaintiff's complaint also alleges that Florida's law violates the Supremacy Clause, because it is expressly preempted under both the "Ingredients" and the Premises, Facilities, and Operations" clauses of the Poultry Products Inspection Act. 21 U.S.C. § 467e.

Dated: August 12, 2024

                                              Respectfully submitted,

                                              **INSTITUTE FOR JUSTICE**

                                              /s/ Ari Bargil
                                              Ari Bargil (FL Bar No. 71454)
                                              2 S. Biscayne Boulevard, Suite 3180
                                              Miami, FL 33131
                                              Tel: (305) 721-1600
                                              Fax: (305) 721-1601
                                              Email: abargil@ij.org

                                              Paul M. Sherman
                                              Suranjan Sen*
                                              **INSTITUTE FOR JUSTICE**
                                              901 North Glebe Road, Suite 900
                                              Arlington, VA 22203
                                              Telephone: (703) 682-9320
                                              Fax: (703) 682-9321
                                              Email: psherman@ij.org; ssen@ij.org

                                              *\*Pro hac vice application forthcoming.*

                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2024, the above captioned Notice of Constitutional Question was filed with the clerk of the court via the ECF filing system, and a true and correct copy of the foregoing will be provided via process server and U.S. mail on the following Defendants:

Wilton Simpson
Florida Department of Agriculture and Consumer Services
c/o Office of General Counsel
407 S. Calhoun St.
Tallahassee, FL 32399-0800

Ashley Moody
Office of the Attorney General
107 West Gaines Street
Tallahassee, FL 32301

Jack Campbell
Office of the State Attorney for the Second Judicial Circuit
State of Florida
Leon County Courthouse
301 South Monroe Street, Suite #475
Tallahassee, Florida 32301

Bruce L. Bartlett
State Attorney for the Sixth Judicial Circuit
Pinellas County Justice Center
14250 49th St. N.
Clearwater, FL 33762

Andrew A. Bain
State Attorney for the Ninth Judicial Circuit
Orange County State Attorney's Office
415 North Orange Avenue
Orlando, FL  32801

Katherine Fernandez Rundle
Office of the State Attorney for the Eleventh Judicial Circuit
E.R. Graham Building
1350 N.W. 12 Avenue
Miami, FL  33136

/s/ Ari Bargil
Ari Bargil (FL Bar No. 71454)
Institute for Justice
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131

Case 4:24-cv-00316-MW-MAF   Document 4   Filed 08/12/24   Page 4 of 4