# United States District Court
## CIVIL MINUTES - GENERAL

Case #  4:24cv316-MW-MAF              Date   October 7, 2024

### UPSIDE FOODS INC v. WILTON SIMPSON, et al.

DOCKET ENTRY:   Preliminary Injunction Hearing Held  8:30 – 9:14 a.m.; 9:27 – 10:22 a.m.; 10:47 – 10:50 a.m.

Court hears argument regarding Plaintiff's [11] Motion for Preliminary Injunction.  Order to follow.

PRESENT:  HONORABLE MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) for Plaintiff(s):  
Paul Sherman & Suranjan Sen

Attorney(s) for Defendant(s):  
Daniel Nordby, Denise Harle & Sean Garner (Simpson)  
David Costello, Bridget O'Hickey &  
Daniel Bell (Moody)

PROCEEDINGS:    Preliminary Injunction Hearing Held

8:30   Court in session  
       Court reviews record  
8:33   Court hears argument regarding Plaintiff's [11] Motion for Preliminary Injunction  
8:43   Ruling by Court:  No standing as relates to the attorney general.  
9:14   Court in recess  

9:27   Court in session  
       Argument continues  
10:22  Court in recess  

10:47  Court in session  
       Argument continues  
10:50  Court adjourned  

Initials of Clerk: **VMM**