**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA**

Tallahassee Division

UPSIDE FOODS, INC.,

      Plaintiff,

v.                             Civil Action No. 4:24-cv-316-MW-MAF

WILTON SIMPSON, in his official capacity as
Commissioner of the Florida Department of
Agriculture and Consumer Services; et al.,

      Defendants.

_____/

## DEFENDANT SIMPSON'S NOTICE OF FILING EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to this Court's Initial Scheduling Order dated September 5, 2024 (ECF29), Defendant Wilton Simpson, in his official capacity as Commissioner of the Florida Department of Agricultural and Consumer Services hereby files the following exhibits[1] in support of its motion for summary judgment:

1. Juhas Deposition Transcript*
2. Curran Declaration
3. Kaplan Deposition Transcript
4. Fuller Deposition Transcript*
5. FDA Memorandum
6. Curran Deposition Transcript
7. Valeti Deposition Transcript*
8. FDA Letter
9. Aug. 21, 2023 Email*

---

[1] Exhibits marked with an asterisk have been marked confidential and will be filed under seal pursuant to this Court's Order Granting Unopposed Motion to Seal dated May 7, 2026 (ECF126).

1

10. Jan. 18, 2024 Email*
11. Supplemental Interrogatory Responses*
12. Tasting Assumption of Risk*
13. Material Transfer Agreement*
14. August 28, 2018 Message*
15. Vinas Deposition Transcript
16. SB 1084 Vote History
17. Rojas Deposition Transcript
18. Personal Appearance Engagement Agreement*
19. August 29, 2024 Email*
20. Gerber Deposition Transcript

Dated: May 11, 2026                              Respectfully submitted,

                                                  /s/ Daniel E. Nordby
SEAN T. GARNER (FBN 26096)                        RICKY L. POLSTON (FBN 648906)
DARBY G. SHAW (FBN 58728)                         DANIEL E. NORDBY (FBN 14588)
Florida Department of Agriculture &               TARA R. PRICE (FBN 98073)
Consumer Services                                 ASHLYN R. BANKS (FBN 1002580)
4040 Esplanade Way Ste 135                         KASSANDRA S. REARDON (FBN 103320)
Tallahassee, FL 32399-7032                        **SHUTTS & BOWEN LLP**
(850) 245-5515                                     215 South Monroe Street, Ste 804
Sean.Garner@fdacs.gov                             Tallahassee, Florida 32301
Darby.Shaw@fdacs.gov                              (850) 241-1717
                                                  DNordby@shutts.com
                                                  RPolston@shutts.com
                                                  TPrice@shutts.com
                                                  KReardon@shutts.com
                                                  ABanks@shutts.com
                                                  KCrum@shutts.com

*Counsel for Commissioner Wilton Simpson*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record.

                                                  /s/ Daniel E. Nordby
                                                  Attorney

2